UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

JEREMY MICHAEL GAGLIARDO,

    Defendant.

_____/

## NOTICE OF RELATED CASE

The United States of America, by and through Mark A. Totten, United States Attorney, and Patrick J. Castle, Assistant United States Attorney, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(b)(iii)(A), the above case is related to *United States v. Jeremy Michael Gagliardo*, Court No. 1:19-cr-111-RJJ, assigned to Judge Robert J. Jonker, for the reason that: the defendant in the above Indictment is now on supervised release to Judge Robert Jonker and the new case involves ONLY the same defendant.

Dated: June 27, 2023

MARK A. TOTTEN
United States Attorney

_____
PATRICK J. CASTLE
Assistant United States Attorney

ORDER

The Court finds that the above case is   related / not related

_____
HON. PHILLIP J. GREEN
Magistrate Judge